# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BRIGHT WOOD CORPORATION,

Plaintiff,

v.

BANKERS STANDARD INSURANCE COMPANY, and CALIFORNIA INSURANCE COMPANY,

Defendants.

Civil No. 01-511 (JRT/SRN)

**ORDER OF RECUSAL**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the patent list of the automated case assignment system.

DATED: March 27, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, this case is reassigned to Chief Judge Paul A. Magnuson. Magistrate Judge Susan R. Nelson remains the magistrate on the case.

NEW CASE NUMBER 01-511 PAM/SRN

Use this case number for all further filings.